# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK



**Douglas C Palmer**
Clerk of Court

**Brenna B. Mahoney**
 Chief Deputy and Counsel to the Clerk

**Carol McMahon**
Chief Deputy

**Theodore Roosevelt Federal Courthouse**
**Emanuel Cellar Federal Courthouse**
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

**Alfonse D'Amato  Federal Courthouse**
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6030

## NOTICE

In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. You may consent to the magistrate judge who has been assigned to this case or to a new magistrate judge selected at random. Attached is a **blank** copy of the consent form that should be signed and filed electronically **only if** all parties wish to consent **and it is signed by all parties**. A consent form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf

**You may withhold your consent without adverse substantive consequences.**

**Do NOT return or file the consent <u>unless</u> all parties have signed the consent.**

AO 85 (Rev. GFP[ ": 1514234+Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| _____ | ) | |
| *Defendant* | ) | |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability*.  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.   You may consent to the magistrate judge assigned to this case or to a new magistrate judge selected at random.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority*.  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.
Select one:   The parties consent to  ___ the magistrate judge who is assigned to this case
                               ___ a new magistrate judge selected at random.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

In order for the Consent to be valid, all parties must sign this form and agree to the selection of the magistrate judge.

**Reference Order**

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____                                          _____
                                                                                              *District Judge's signature*

                                                                                              _____
                                                                                              *Printed name and title*

Note:"""Fq'pqv'tgwtp'vjg'hqto"vq'vjg'Engtm'qh'Eqwtv'tkg'kv'qp'GEH'wnpguu'cnn'rctkgu'jcxg'consentgf to the exercise of jurisdiction by a United States Magistrate Judge.  Do not return this form to a Judge.